# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **Rosalyn Omoyele, et al.**, | Case No. EDCV 17-00453 AG (DTBx) |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| **Michelle Simon, et al.**, | |
| Defendants. | |

The Court enters judgment for Defendants and against Plaintiffs.

Dated June 26, 2017

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT